NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-375

STATE OF LOUISIANA

VERSUS

RICKY JOHN GUIDRY

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 99,968
HONORABLE JULES DAVID EDWARDS, III, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Glenn B. Gremillion, J. David Painter, and James T. Genovese, Judges.

CONVICTION AFFIRMED; SENTENCE VACATED; AND REMANDED.

Michael Harson, District Attorney
J.N. Prather, Asst. District Attorney
15th Judicial District Court
P.O. Box 3306
Lafayette, LA 70502-3306
(337) 232-5170
Counsel for Plaintiff/Appellee:
        State of Louisiana

**G. Paul Marx**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**(337) 237-2537**
**Counsel for Defendant/Appellant:**
     **Ricky John Guidry**

**Ricky John Guidry**
**So. La. Correctional Center**
**3843 Stagg Ave.**
**Basile, LA 70515**
         **In Proper Person**